William E. Fay, and Joseph D. Talbot, Trust Managers of Adam Block Liquidation Trust Created in Reorganization Proceedings of Adam Block Corporation, an Illinois Corporation, Debtor, by Appointment of United States District Court, Eastern Division, in Cause No. 71923, Plaintiffs-Appellants, v. Montgomery Ward & Co., Inc., an Illinois Corporation, Defendant-Appellee.

Gen. No. 11,178. 

Second District, Second Division.

October 16, 1958.

Released for publication November 3, 1958.

Faulkner & Faulkner, and William C. Wines for plaintiffs-appellants (Thomas P. Faulkner, of counsel); Charles J. Barnhill, David L. Dickson, and Gray, Thomas, Wallace & O'Brien, for defendant-appellee. Opinion by JUSTICE SOLFISBURG. Not to be published in full.